**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 23-3189

---

United States of America,

Appellee,

v.

Charles Emeka Obije,

Appellant.

**APPELLANT'S MOTION TO DISMISS APPEAL**

---

Appellant Charles Emeka Obije, through counsel, hereby moves the Court for an order dismissing his appeal, pursuant to Fed.R.App.P. 42 and 8th Cir. L.R. 27A.

Mr. Obije has discussed the motion with counsel, and Appellant's signed consent to dismissal is submitted with this motion.

Respectfully submitted,

Dated: March 15, 2024

*/s/ Steven J. Wright*
Minnesota Attorney #387336
331 Second Avenue South
Suite 705
Minneapolis, MN 55401
(612) 669-8280

Attorney for Appellant

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

| | |
|---|---|
| United States of America, | Appeal No. 23-3189 |
| Appellee, | **Certificate of Compliance with Fed.R.App.P. 32(a) and 8th Cir. R. 28A(h)** |
| v. | |
| Charles Emeka Obije, | |
| Appellant. | |

---

I hereby certify that the appellant's motion complies with the word limits of Rule 27 of the Federal Rules of Appellate Procedure. The motion contains 44 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B), as counted by the word processing system used to generate the motion.

I further certify that the electronic version of the motion has been scanned for viruses and is virus-free to the best of my knowledge.

Date: March 15, 2024

*/s/ Steven J. Wright*
Attorney for Appellant

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

United States of America,

Appellee,

v.

Charles Emeka Obije,

Appellant.

Appeal No. 23-3189

**Certificate of Service**

---

I hereby certify that on March 15, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that opposing counsel in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: March 15, 2024

*/s/ Steven J. Wright*
Attorney for Appellant