# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

United States of America,

Appellee,

v.

Charles Emeka Obije,

Appellant.

Appeal No. 23-3189

**DEFENDANT'S CONSENT TO DISMISS APPEAL**

I understand that there is an appeal of my sentence currently pending in the Eighth Circuit Court of Appeals. I have discussed my appeal rights with my attorney, Steven J. Wright, and I understand that I can continue my appeal if I want. After discussing it with my attorney, however, I have decided that I do not want to continue in my appeal. I understand that my attorney will file a motion to dismiss my appeal, and by signing below, I give my consent to my appeal being dismissed.

Date: 3/15/2024

Charles Obije
Federal Prison Camp – Duluth, MN